# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **ST. LUKE TECHNOLOGIES, LLC,**<br><br>*Plaintiff,*<br><br>v.<br><br>**MICROSOFT CORPORATION,**<br><br>*Defendant.* | Civil Action No. 2:15-cv-1558<br><br>**JURY TRIAL DEMANDED** |

## ORDER OF DISMISSAL WITH PREJUDICE

On this date came for consideration the Unopposed Motion to Dismiss With Prejudice (Dkt. No. 9). The Court being of the opinion that same should be **GRANTED**. It is therefore,

**ORDERED** that the Unopposed Motion to Dismiss With Prejudice is **GRANTED**, and that all claims asserted in this action against Defendant Microsoft Corporation are dismissed with prejudice. Each party shall bear its own costs, expenses, and attorneys' fees.

**So ORDERED and SIGNED this 13th day of November, 2015.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE